UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
:
UNITED STATES OF AMERICA            :
:
- against -                :
:                 14-MJ-2848 (UA)
GIBRON LOPEZ, LUIS GUERRERO, JOSE   :
RODRIGUEZ, and JOSE ORTIZ,          :                 ORDER
:
Defendants.  :
:
------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 11
DATE FILED: 12/23/14
```

VERNON S. BRODERICK, United States District Judge:

On December 19, 2014, Magistrate Judge Andrew J. Peck entered conditions of release for Defendants Gibron Lopez, (Doc. 3), Luis Guerrero, (Doc. 5), and Jose Rodriguez, (Doc. 7). On December 23, 2014, I held a bail hearing with respect to the terms of release for Defendants Guerrero and Rodriguez. For the reasons stated on the record at the hearing, I affirmed the conditions set by Magistrate Judge Peck. I granted leave for any party to request a further bail hearing following their review of audio tapes made in connection with the investigation related to the charges in the Complaint.

SO ORDERED.

Dated: December 23, 2014
       New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge (Part 1)